HENRY ISCOVITZ et al., Appellants, *v.* JOSEPH PALETTA, Respondent.

Argued February 20, 1950; reargument ordered April 13, 1950.

*Henry N. Rapaport, Robert S. Garson* and *John F. X. Hassett* for appellants.

*Harold M. Weinberg* for respondent.

*Nathan W. Math, Stanley Buchsbaum, Joseph Jay* and *Alfred Weinstein* for Temporary City Housing Rent Commission of the City of New York, *amicus curiæ,* in support of respondent's position.

Reargument ordered to be heard during the session to begin May 15, 1950. Counsel are requested upon reargument to discuss the effect of the new State Rent Control Law [L. 1950, ch. 250] upon this appeal.